UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWAYNE ROBINSON,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>HUTCHINGS, et al.,<br><br>　　　　　　　　　Defendants | Case No.  2:25-cv-01032-GMN-MDC<br><br>**ORDER** |

**I.    DISCUSSION**

On June 20, 2025, the Court ordered Plaintiff Dwayne Robinson, an inmate in the custody of the Nevada Department of Corrections, to file a complete application to proceed *in forma pauperis*, including all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Robinson filed a financial certificate and a copy of his trust fund account statement, but he did not file an actual application to proceed *in forma pauperis*. (ECF No. 4). In light of Plaintiff's attempt to comply with the Court's order, the Court will grant Plaintiff an extension until **October 10, 2025**, to file an application to proceed *in forma pauperis* on this Court's approved form.

**II.   CONCLUSION**

It is therefore ordered that Plaintiff has **until October 10, 2025**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* on this Court's approved form, including Plaintiff's two signatures on page 3.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

1  The Clerk of the Court is directed to send Plaintiff Dwayne Robinson the approved
2  form application to proceed *in forma pauperis* for an inmate and instructions for the same.

4  DATED: September 10, 2025

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE